# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**
JAMES J. VILT, JR. - CLERK
APR 19 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Joshua A. Grubb
_____

(Full name of the Plaintiff(s) in this action)

v.

Cockie Crews
Scott Jordan
Laura Plappert
Lauren Massey
Amy L. Fisher

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 5:24-CV-69-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(__) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Joshua A. Grubb

Place of Confinement: Kentucky State Penitentiary

Address: 266 Water St. Eddyville, KY 42038

Status of Plaintiff: CONVICTED (✓) PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Cookie Crews** is employed as **Commissioner** at **Kentucky Department of Corrections**.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant **Scott Jordan** is employed as **Deputy Commissioner - Interim** at **Kentucky Department of Corrections**.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant **Laura Plappert** is employed as **Warden - Interim** at **Kentucky State Penitentiary**.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant **Lauren Massey** is employed as **Unit Administrator** at **Kentucky State Penitentiary**.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

2

(5) Defendant __Amy L. Fisher__ is employed as __Unit Administrator__ at __Kentucky State Penitentiary__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

II.   PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

III.  STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1) From August 28th 2023 ive been held in RHU for administrative control cycle, recommended by Amy L. Fisher, on August 11th 2023.

2) Numerous letters have been sent to all parties regarding the wrong doings in this matter, since this is not a grievable matter per DOC cpp's.

3) Amy L. Fisher redone my AC hearing without me present or to my knowledge on August, 28th, 2023, when initial hearing was August 11th 2023.

4) On December 5th 2023, COCC recommended me to continue a AC cycle of 90 more days but was forced to do a transition program where I was told by Lauren Massey and Amy L. Fisher I would have an indefinite amount of hole time if I didnt participate.

5) The writeups used to place me on this status are in fact not legal and are unenforceable which was brung up in letters and conversations to all parties.

6) My hole time on writeups was up at end of August 2023 and ive been held in segregation to do the transition program and wont get out till June 2024.

7) Every 30 days we as inmates are to be pulled out and

4

III. STATEMENT OF CLAIM(S) continued

have an administrative review that is not being done. We are to be givin the chance to explain why we shall be released off this administrative control status.

8) All administrative remedies have been exhausted on matter to the furthest extent.

9) The contract that they force inmates to sign for the Transition Program was violated by KSP administration by taking things from inmates in contract without a reason.

10) Items we are supposed to have in restricted housing are not provided for inmates.

11) Parties have been aware of no hot-water for the last two months and still have refused to have it fixed resulting in cold showers and sickness from it being cold at all times in cellhouse.

12) Inmate visitation through video is being denied to inmates in Transition Program when the schedule states we are allowed to have them.

13) KSP has inadequate space for Transition Unit which is a SMU type housing/classification, therefor forcing inmates to do longer periods of hole time.

14) KSP is enforcing illegal disciplinary writeups to hold people in segregation and make them participate in programs that keeps us in the hole/segregation for up to a year or more in the hole.

IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 200,000

___ grant injunctive relief by ___

___ award punitive damages in the amount of $ ___

✓ other: End this Administrative Control Status from being used on prisoners, also make parties follow and enforce CPP's and procedures

V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 12 day of April, 2024

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on April 15th 2024.

_____
(Signature)

6

Joshua A Grubb #317451
KSP
266 Water St.
Eddyville, KY 42038

5:24-cv-69-JHM

FILED
JAMES J. VILT, JR. - CLERK
APR 19 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Cle
5(
ST
Pad



rks Office

31 Broadway

TE 127

ucah, KY 42001-6801

KSP UNCENSORED
INMATE MAIL

APR 16 2024
8:08A

LEGAL MAIL

LEGAL MAIL