## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 18, 2025

Mr. James J. Vilt Jr.
Western District of Kentucky at Paducah
501 Broadway
Suite 127
Paducah, KY 42001-6866

      Re:  Case No. 24-5580, *Joshua Grubb v. Cookie Crews, et al*
           Originating Case No 5:24-cv-00069

Dear Mr. Vilt:

  Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                      s/Patricia Elder, Senior Case Administrator
                                        For Case Management Specialist: Antoinette

cc:  Mr. Daniel Scott Harawa
     Mr. Adam Bret Murphy
     Mr. Samuel Weiss

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 24-5580

_____

Filed: August 18, 2025

JOSHUA A. GRUBB

    Plaintiff - Appellant

v.

COOKIE CREWS; SCOTT JORDAN; LAURA PLAPPERT; LAUREN MASSEY; AMY L. FISHER

    Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 07/25/2025 the mandate for this case hereby issues today.

COSTS: None